## RETURN OF SERVICE
### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 22-CV-08011

Date Filed: _____

Plaintiff: STEPHANIE MURPHY
vs.
Defendant: BLONDER BUILDERS INC., MITCHELL B. BLONDER, DANYA CEBUS CONSTUCTION, LLC, SLATE PROPERTY GROUP, LLC, AND STUART R. SIEGEL

For:
RACHEL NICOTRA, ESQ
NICOTRA LAW, PLLC
1115 BROADWAY, 12 FLOOR
NEW YORK, NY 10010

Received by Direct Process Server LLC on the 24th day of September, 2022 at 3:41 pm to be served on DANYA CEBUS CONSTRUCTION, LLC, 25 ROBERTPITT DRIVE SUITE 204, C/O VCORP AGENT SERVICES, INC., MONSEY, NY 10952.

I, JOHN REESBECK, do hereby affirm that on the 29th day of September, 2022 at 12:20 pm, I:

served a CORPORATION by delivering a true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT,, to: GENNA HANDLER as AUTHORIZED AGENT for DANYA CEBUS CONSTRUCTION, LLC, at the address of: 25 ROBERTPITT DRIVE SUITE 204, C/O VCORP AGENT SERVICES, INC., MONSEY, NY 10952, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 25, Sex: F, Race/Skin Color: WHITE, Height: 5'2", Weight: 125, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare pursuant to 28 USC 1746 that I have read the foregoing document and the facts stated are true and correct.

Executed on: 9/30/22
Date

ANN L. HOCHMAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01HO6383075
QUALIFIED IN ROCKLAND COUNTY
MY COMMISSION EXPIRES NOV. 13, 2022

JOHN REESBECK
Direct Process Server LLC
22 Southern Blvd
Suite 103
Nesconset, NY 11767
(631) 406-6989

Our Job Serial Number: DPR-2022001317

