# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 22-CV-08011

Date Filed: _____

Plaintiff: STEPHANIE MURPHY
vs.
Defendant: BLONDER BUILDERS INC., MITCHELL B. BLONDER, DANYA CEBUS CONSTUCTION, LLC, SLATE PROPERTY GROUP, LLC, AND STUART R. SIEGEL

For:
RACHEL NICOTRA, ESQ
NICOTRA LAW, PLLC
1115 BROADWAY, 12 FLOOR
NEW YORK, NY 10010

Received by Direct Process Server LLC on the 24th day of September, 2022 at 3:41 pm to be served on SLATE PROPERY GROUP, LLC, 38 EAST 29TH STREET 9TH FLOOR, C/O NATIONAL REGISTERED AGENTS, INC., NEW YORK, NY 10016.

I, Joseph Gill, do hereby affirm that on the **30th** day of September, 2022 at 3:06 pm, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT,**, to: **Yasmin Ramirez** as **Front Desk Manager** for SLATE PROPERY GROUP, LLC, at the address of: **38 EAST 29TH STREET 9TH FLOOR, C/O NATIONAL REGISTERED AGENTS, INC., NEW YORK, NY 10016**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: Black, Height: 5'4", Weight: 130, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare pursuant to 28 USC 1746 that I have read the foregoing document and the facts stated are true and correct.

Executed on: 10/3/2022

Joseph Gill
Process Server

Direct Process Server LLC
22 Southern Blvd
Suite 103
Nesconset, NY 11767
(631) 406-6989

Our Job Serial Number: DPR-2022001316

