# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

January 10, 2023

**VIA ECF & E-MAIL**
United States District Court
Southern District of New York
<u>Attn</u>: John P. Cronan, U.S.D.J.
500 Pearl Street, Courtroom 12D
New York, NY 10007-1312
cronannysdchambers@nysd.uscourts.gov

> In light of Defendant Danya Cebus's withdrawal of the motion, the motion for sanctions, Dkt. 50, is denied. If the parties have not filed a stipulation of dismissal by February 13, 2023, they shall file a status letter by that date.
>
> The Clerk of Court is respectfully directed to close the motions pending at Docket Numbers 50 and 51.

  *Re:*  **Murphey v. Blonder Builders Inc.,** *et al.*
     **Case No.: 1:22-cv-8011 (JPC) (OTW)**
     <u>**MLLG File No.: 152-2022**</u>

SO ORDERED.
Date: January 11, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Dear Judge Cronan:

  This firm represents Defendant Danya Cebus Construction LLC ("Danya Cebus") in the above-referenced case. Danya Cebus is pleased to notify this Court that the parties in this case have reached a global settlement in principle resolving all issues in this case yesterday following an all-day SDNY mediation into the evening.

  Inasmuch as Danya Cebus met and conferred with Plaintiff's counsel concerning the subject matter of its letter motion for sanctions concerning violations of Rule 4.2 of the New York Rules of Professional Conduct, Plaintiff's counsel's representations that she was unaware that the individual in question was an employee of Danya Cebus, and given the fact that nothing of substance was discussed, Danya Cebus hereby withdraws its letter motion for sanctions with prejudice. Danya Cebus thanks this Court for its time and attention to this case.

Dated: Lake Success, New York
    January 10, 2023

                  Respectfully submitted,

                  **MILMAN LABUDA LAW GROUP PLLC**
                  _____/s_____
                  Richard I. Milman, Esq.
                  Emanuel Kataev, Esq.
                  3000 Marcus Avenue, Suite 3W8
                  Lake Success, NY 11042-1073
                  (516) 328-8899 (office)
                  (516) 328-0082 (facsimile)
                  rich@mllaborlaw.com
                  emanuel@mllaborlaw.com

<u>**VIA ECF**</u>
All counsel of record